UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 14-10032 -RGS

ELLEN COMLEY

v.

MEDIA PLANNNING GROUP, HAVAS MEDIA,
LORI HILTZ, ANDREW ALTERSOHN, and GARY MCCORRY

ORDER ON MOTION TO COMPEL DISCOVERY

December 23, 2014

STEARNS, J.

All requests for documents that reference specific individuals other than the plaintiff will be subject to the parties' confidentiality agreement and Social Security numbers and personal addresses should be removed.

**Request 4:** GRANTED in part and DENIED in part.

Denied as to 2010 and 2011.

With respect to Yorlene Goff, denied in its entirety.

For 2012, granted except as to Yorlene Goff.

For 2013, with respect to Lori Hiltz, Andrew Altersohn and Gary McCorry, job descriptions granted; performance evaluations and 360

reviews denied except as to any reviews that specifically reference the plaintiff or the performance of the Boston office collectively. With respect to Andrea Millett, Shea Kelly, Tom Penque, David Buklarewicz, Adam Kasper and Meghan Koopman, job descriptions, performance evaluations and 360 reviews granted.

**Request 7:** GRANTED in part and DENIED in part.

Granted with respect to 2012. Denied with respect to 2013.

**Request 8:** GRANTED in part and DENIED in part.

Granted as to any financial documentation needed to establish the benchmarks specifically referenced in Comley's 2012 MBO plan (Pl.'s Mot. at Ex. 3). Denied as to the rest.

**Request 9:** GRANTED in its entirety, provided that the information may not be used for any purpose barred by Federal Rule of Evidence 408.

**Request 18:** GRANTED in part and DENIED in part.

Granted with respect to Tom Penque, Shea Kelley, Andrea Millett and Debi Kleiman (the court notes that discovery is limited to documents in the defendants' possession).

Denied as to the rest.

**Request 21:** GRANTED in part and DENIED in part.

Granted with respect to calendars for Yarlene Goff and Tom Penque, but only for the periods of time that the defendant claims the plaintiff was absent.

Denied as to the rest.

Defendants have until January 2, 2015 to produce the documents. Plaintiff has until January 12, 2015 to request any additional discovery that may be required based solely on the above documents. Plaintiff has until February 24, 2015 to file her motion in opposition to summary judgment.

                SO ORDERED.

                /s/ Richard G. Stearns
                UNITED STATES DISTRICT JUDGE